# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, M.K. JAMISON**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**CARLOS O. AGOSTOBAEZ**
**YEOMAN FIRST CLASS (E-6), U.S. NAVY**

**NMCCA 201300444**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 20 August 2013.
**Military Judge:** CAPT Robert Blazewick, JAGC, USN.
**Convening Authority:** Commander, U.S. Naval Forces Southern Command, Mayport, FL.
**Staff Judge Advocate's Recommendation:** CDR J.D. Peppetti, JAGC, USN.
**For Appellant:** Maj Michael D. Berry, USMCRAQ.
**For Appellee:** Mr. Brian K. Keller, Esq.

**31 January 2014**

---------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court